PFE/JAB: JANUARY 2023
GJ# 12

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Case No.** |
| ) | |
| **CORDELL DELEON FOSTER,** ) | |
|     **Defendant.** ) | |

## INDICTMENT

**COUNT ONE:** **[18 U.S.C. § 922(o)(1)]**

The Grand Jury charges that:

On or about the 28th day of April 2022, in Jefferson County, within the Northern District of Alabama, the Defendant,

**CORDELL DELEON FOSTER**,

did knowingly possess a machinegun, that is, a **Spikes Tactical model ST15 machinegun**, which is a weapon which shoots automatically, more than one shot, without manually reloading, by a single function of the trigger, and incorporating the receiver of such a weapon, in violation of Title 18, United States Code, Section 922(o)(1).

NOTICE OF FORFEITURE
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(o)(1), respectively, the Defendant, **CORDELL DELEON FOSTER**, shall forfeit to the United States of America a **Spikes Tactical model ST15 5.56x45 machinegun, bearing serial number NSL 119630, and any accompanying magazines and ammunition**.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                        PRIM F. ESCALONA
                                        United States Attorney

                                        */s/ Electronic Signature*
                                        ALAN BATY
                                        Assistant United States Attorney